# King & Spalding

King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Paul Alessio Mezzina
Partner
Direct Dial: +1 202 626 8988
Direct Fax: +1 202 626 3737
Mobile: (516) 509-9376
pmezzina@kslaw.com

February 13, 2023

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Sullivan v. Barclays*, Nos. 19-1769, 19-2012

Dear Ms. Wolfe:

    We represent Defendant-Appellee-Cross-Appellant The Royal Bank of Scotland plc (n/k/a NatWest Markets plc) ("RBS") in the above-referenced appeal. Defendants-Appellees-Cross-Appellants RBS, Société Générale, UBS AG ("UBS"), and Coöperatieve Rabobank U.A. ("Rabobank") initially planned to have Nicole A. Saharsky, counsel for Société Générale, present oral argument on their behalf. *See* Dkt. 191. However, this Court subsequently granted severance of the appeal and cross-appeal with respect only to Société Générale, a stay of the severed appeals until 31 days after proceedings are concluded in the district court, and a limited remand of the severed appeals so that the district court may consider a proposed settlement agreement. *See* Dkt. 235.

    Accordingly, I will present oral argument on behalf of Defendants-Appellants-Cross-Appellees RBS, UBS AG, and Rabobank. As this case has not yet been scheduled for argument, I respectfully wish to advise the Court of the following dates on which I will not be available to appear in court: May 11-12, 2023 and May 15-19, 2023.

Thank you for your consideration.

Respectfully submitted,

*/s/ Paul Alessio Mezzina*
Paul Alessio Mezzina

*Counsel for The Royal Bank of Scotland plc (n/k/a/ NatWest Markets plc)*

cc: All Counsel of Record (via ECF)